537 U.S. 827
 MALONEY
v.
GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT OF THE STATE OF NEW YORK.
 No. 01-1881.
 Supreme Court of United States.
 October 7, 2002.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Reported below: 282 App. Div. 2d 112, 723 N. Y. S. 2d 674.